**No. 39092.**—Protest 920200–G of Mr. Coppock (New York).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel the chamois leather in question was held dutiable at 20 percent under paragraph 1530 (c) and T. D. 48316 as claimed.

**No. 39093.**—Protest 939465–G of Burleigh Brooks (New York).

Opinion by McCLELLAND, P. J.   There was nothing in the record to sustain the claim made.   The protest was therefore overruled.

**No. 39094.**—Protests 754587–G, etc., of I. Reichwald et al. (New York, etc.).

Opinion by McCLELLAND, P. J.   The protests were overruled.

**No. 39095.**—Protests 890831–G, etc., of Bloomingdale Bros., Inc., et al. (New York).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of wood stands similar to those passed upon in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 39096.**—Protests 941806–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of wood stands similar to those passed upon in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 39097.**—Protests 761204–G, etc., of Portland Co. et al. (Portland, Oreg.).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of *Portland* v. *United States* (T. D. 48631) the protests were sustained as to the bottles containing rum.

**No. 39098.**—Protest 934990–G of Ybry, Inc. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Hudnut* (17 C. C. P. A. 207, T. D. 43649) the bottles in question were held dutiable under paragraph 217 as claimed.

**No. 39099.**—Protest 924848–G of Brier Mfg. Co. (New York).